

# NUMBER 13-22-00404-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

NORTE HOLDINGS, LLC,                                                     Appellant,

v.

DESARROLLO INMOBILIARIO
LAS HACIENDAS, S.A. DE C.V.,
AND FLORENCIO IGNACIO GUERRA
PORTILLA A/K/A FLORENCIO GUERRA,                          Appellees.

On appeal from the 430th District Court
of Hidalgo County, Texas.

# ORDER OF ABATEMENT

**Before Justices Longoria, Hinojosa, and Silva**
**Order Per Curiam**

This cause is before the Court on appellant's unopposed motion to abate the briefing schedule pending a ruling on appellant's jurisdictional motion. Believing this Court may lack jurisdiction over a direct appeal, appellant has alternatively filed petition for writ

of mandamus.

The Court, having fully examined and considered appellant's motion, is of the opinion that the motion is granted and that the cause should be abated until this Court rules on appellant's motion to determine jurisdiction. Accordingly, this appeal is ABATED and removed from the Court's active docket pending further order.

PER CURIAM

Delivered and filed on the
26th day of October, 2022.